FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 10 2021   ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SERENA A MAY
AKA SERENA A MCCRARY

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- Levea, EDWIN J, Holmes, christopher, Flynn OSWald, elan, margaun, NASAU DISTRICT Attorney office, Suffolk county District Attorney office Vincent Levy

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights** COLOR of LAW
RICO
4, 14, 6, 9, 11, 5, 13   Amend ment
(Non-Prisoner Complaint)
18 USC 242, 18, USC 241
42 USC -1983, INJUNCTION
Case No. _____   RULE 65

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

**1:21-cv-03586 (KAM)(LB)**

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name — SERENA Antonette MAY

Street Address — 16738 109rA

City and County — JAMAICA

State and Zip Code — N.Y 11432

Telephone Number — 917 371-6099

E-mail Address — SERENAMMY68/a gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name — EDWIN J. Holmes

Job or Title (if known) — (?) Retired cop/peace officer

Street Address — 272 Old country R

City and County — minrola N.Y 11501

State and Zip Code — N.Y. 11501

Telephone Number — Unknown

E-mail Address (if known) — unknown

2

Defendant No. 2

Name — Stuart Levy

Job or Title (if known) — ADA

Street Address — 272 old County RD

City and County — Mineloa A

State and Zip Code — Ny 1501

Telephone Number — Unknown

E-mail Address (if known) — Unknown

Defendant No. 3

Name — Christophr Lee

Job or Title (if known) — Family Court officer

Street Address — 300 Old County RD

City and County — Westbury

State and Zip Code — Ny 11590

Telephone Number — Unknown

E-mail Address (if known) — Unknown

Defendant No. 4

Name — Ryan Oslald

Job or Title (if known) — Correction officer

Street Address — 300 old Country RD

City and County — Westbury N.y

State and Zip Code — New York 11590

Telephone Number — Unknown

E-mail Address (if known) — Unknown

(5)

Vincent Neefus
Suffolk County Courts
Badge # 287
Phone Unknown
Email Unknown

3

4 Vincent Neefus came to my Home along with Christopher LEE, Ryan Oswald, Edwin J Holmes, He Blocked my car with A Big Silver 150 Truck, Jumping out screaming DO not move Bitch! When plamtiff was Taken to 262 old country RD. Plaintfff seen Vincent Neefus have a conversation with Christopher LEE and EDWin J Holmes and He said Your going TO suffolk NEXT Bitch, I Been waiting For you.

5. Stewart LEVY D.A From Nassau Accepted 54 charges From EDWin J Holmes Filing a UCC, which is not A crime, he Sent 30 men to my Home without a warrant and without ever sending 190.50 Notification of Any Grand Jury he refuse to produce a warrant he Taped my phone, my internet my Email, he went to A Judge A Swore under oath EDWin J HomImes, when EDWin J Holmes IS ReTireD 20 years Ago. Mr Stewart LEVY Violated my civil Rights, Arrest without a warrant on Bogus charges

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Color of Law   42 USC. 1983,
4th 14, 13, 9, 6 FAlse charges, FAlse Arrest
Assault, mAlistation, Kidnapping, Deprivation Rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1,  PEACE officer EDWin J Holme, Ectra, Ectra
ArrESTED without a warrant and without
proable caise, and without a criminal charge
under 100'15 of the CPL
EACH officer PARTicipated in the
Arrest, Holding, Plaintiff Down while
EDWin J Holmes HAnd cuFFED plaintiff
never Producing a wArrant, continue

Never Reading my Rights. Instructing 3 unknown male to take me to 262 old country RD. Where EDWin J Homles open up court House D.A. office at 730 AM, Opening complaint Room Opening up computer Inserting a complaint, a criminal Complaint, Instructing CHristopher LEE to sign each one,

2 CHristopher LEE Came to my Home NOV 20, 2020 Stating he was the Bank and he had to take Pictures of my Home at 167 38 109rd and pictures of my CAR, on Dec 22nd 2020 CHristopher LEE returnd Dress in correction officer cloths posing as a cop, he Blocked my CAR In and pulled out Gun demanding I get out CAR with my hands up, Pulling me Slamming me out the CAR

3.   Ryan oswald also Blocked me in my Drive way at 167 38 109rd, pulling out Gun Stating DO not move, when plaintiff reached 262 old country RD, Ryan oswald Appeared In a gray coat, posing as A cop with a CD giving them to EDWin J Holmes

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

**1. Caption**: It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made.

**2. Contents**: The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

**3. Copies**: You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

**4. Fee**: The filing fee is **$402**, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action.

**5. Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

**6. Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or-a-partieular-eourt-requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that goven in the court where you are filing the pleading.

**7. Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention: Pro Se Office

Keep this page and a copy of the complaint for your records. You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

6

C. Lance margolin

He Particpated in the Blocking of the car
of plaintiff, Yelling Bitch I told you we
would get you,! He Later Appeared at
262 Old country RD complaint room,
He Took my Photo and said He was a
cop and He worked for the District
Attorney office, he can be seen on
(Fcc camuea) he held me against my will,
depriving me of my rights not to take a
photo, not to take Finger prints.
He willingly Knowingly Posed as a cop

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

2 places
167-38 109 RD Jamaica N.y.11433/262
old country RD Mineola N.y.o/150/
Complaint Room, Basement.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

9 30 Am
(First Attempt NOV 27, 2019)(1st event
Dec 22nd 2020 7:01 AM

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

EDWARD J, Homles, detained Handcuffed
and Transported Plaintiff SERENA May
beating her Tooth hose, grinding budichs
slugging RACIAL words: "Towbling",
without a warrant, without a Criminal
CHARGe. Edwin J Holmes, christophure Lee
Ryan Oswald, C.LANce Margoline vincent Arefus
Each detendant participated in Arrest
without warrant, without Proable cause
CHRistopher LEE, grabed me and Held
me against my eAR, Ryan oswald. held
me, yelled shut up and produced a "CD"
at the compient;Room; C.LANce margoline
Acted like he was the cAmARA MAN, TAKIng
my photo At 262 old country RD

**IV.** **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Front bottom teeth knocked out

Front Tooth knocke off Base

HAD to Be RemoveD, Prostati

Teeth. Doctor had to remove

DAMaged Front Tooth, it could not be SAVeD.

**V.** **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

#1  Arrest each person, Sue for 1 trillion
Dollars, SActions, removal of Jobs
Badge, Bond RemoveD

MeDIA MUST KNOW

1 TRillion dollars
ASSAUlt, FAlse Arrest, FAlse imprison ment, Color of LAW
VIOloati cn

**VI.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY        , 20 21                              UCC 1-308

Signature of Plaintiff

Printed Name of Plaintiff SERENA A. MAY    UCC 1-308

7

(6) C. LANCE MARGOLINE
165 Ellenway Syosset
NY 117

Vince

4

Vincent NeeFus (Hempstead police)
Came to prison gate at 262 old country RD
stating he was a cop and I better
come to Suffolk when I'm released
From NASSAU county JAIL, he gave
Peace officer EDWIN J. Holmes the PAPERWORK


5 Stewart LEVY District Attorney
Accepted the Arrest From peace officer
EDwin Holmes, ignoring the FACT there
was no WARRANT, yet he ADmitted
to sending EDWIN J Holmes to my Home
To Arrest plaintiff, For Filing UCC
  without A WARRANT.
All defendant participated in the False
Arrest And beating of SERENA MAY

# ELIGIBILITY SCREENING FOR THE ASSIGNMENT OF COUNSEL

All Eligibility Screenings will be by appointment only at the Office of the Assigned Counsel Defender Plan of Suffolk County ("SCACP") and/or via telephone interview.  Phone interviews for screening of counsel are strongly preferred to limit visits to the courthouse and the SCACP Office.  **All visitors are required to wear a mask and fill out a Medical Screening Questionnaire.**

You must meet certain financial guidelines to be appointed Assigned Counsel.  If you cannot afford an attorney, you must immediately be screened for eligibility prior to your next Court Date.  If you qualify for a Public Defender, an attorney will be appointed to represent you for your current case in District Court by a Judge.

If you are financially incapable of retaining private counsel, you may request the Court to allow you to be Screened for Assigned Counsel.  Once the Court grants your request to be screened, you may contact SCACP as follows:

## HOW TO APPLY FOR PUBLIC DEFENDER REPRESENTATION

1. Please call the Office of Assigned Counsel at (631) 439-0539 to speak to a financial screener. SCREENING HOURS ARE CONDUCTED MONDAY-FRIDAY 9:00 A.M. - 2:00 P.M.

2. Fax the completed Application to our office at (631) 761-6517

3. Apply for an in-person screening by calling (631) 439-0539 to schedule an appointment.

You should be prepared with the following information when calling for a financial interview:

- Any paperwork you receive from the court which should contain your case number and the date of your next court appearance.
- Identification (Driver's License, DMV ID, Medicaid Card, etc.
- Verification of employment: Current pay stub, Unemployment, etc.
- Proof of any public assistance you receive (food stamps/medical benefits, SSI information, VA Benefits).
- Proof of expenses: Medical/dental payments, Rent/mortgage, Utilities, Vehicle payments, etc.

You MUST re-apply for Public Defender representation each time that you are charged with a new offense, or each time you quash a warrant and get a new court date.

Office Hours: 8:30 a.m. - 4:30 p.m. Monday-Friday
The office is closed on holidays
Assigned Counsel Defender Plan of Suffolk County (SCACP)
Courthouse Corporate Center
420 Carleton Avenue, Suite 4300
Central Islip, New York 11722
Phone: (631) 439-0539
FAX: (631) 761-7516





NO LICE

Joseph MAKRADIAN

REAL ESTATE WHO THEY WORK FOR

RYAN OSWALD CARRYING FAKE EVICTION

TRUST AT SEC. GOV SO there's no NOTE!

Christopher Lee He came to my Home 12/17/2020 pretending To work for Bank, this picture is from 8/2/2018 posing as a Eviction SHERIFF

"He was with Edwin J Holmes when they KIDnapped me 12/22/2020 TO me TO court UCC is NOT A crime

they was look For Toni CASH

From Toni Cash (No Subject)    3/3/21

False Arrest

Rapist

perverB

No maRandum

No WArrant

Foreclosure FravD

Foreclosure eviction FRAuD

Impersonating A police officeR

No peAce office License


RAiL Roading  Jim Crow



BLACK Lives MATTers

RAPIST
RACIST
KiDnapper
MUST BE
STOPPED

HE Arrest Black women Searching
them) mr stuart Levy is RAILROADING
me into A crime that Do not EXIST
In new york STATE, with A
FAKE COP that got nassau
SUED 35 years Ago
For FAKE WARRENT
1) HE works with correct
Still to this Day
COMMITTing Crimes



# Nassau County Police Department
## PROPERTY RECEIPT
Arrest Number: 2020AR511542    Case Folder Number: 2020CR398168

May, Serena

### PROPERTY RECEIPT DEFENDANT

**Date/Time Taken:**

**Name:** May, Serena

**Address**

Home: 167-38 109th Rd Jamaica, NY  11433

### PROPERTY INFORMATION

| Property Type | Quantity | Description |
|---|---|---|
| Clothing / Scarf | 1 | Peach colored knit |
| Clothing / Doo-Rag | 1 | Pink |
| Personal Effects / Cigarettes | 1 | |
| Personal Effects / Paperwork (Miscellaneous) | 2 | SCDA Office |
| US Currency - Coins | $0.25 | |
| Currency Total | $0.25 | |

### PROPERTY TAKEN

**Officer Taking Property:**

**Rank:** Investigat    **Name:** Holmes, Edwin    **Serial Number:** DAID28    **Command:** DA Investi

**Certified By Defendant:** X _Serena May_    **Officer Taking Property:** _Edw J. Holmes_

Defendant Signature    Officer Signature

### PROPERTY RETURNED

Property Returned to Defendant: _____    Date/Time: _____

Defendant Signature

Officer Returning Property: _____

Officer Signature

_Edwin Holmes Jo_

TROSKO

# Eastchester Town Court
# 40 Mill Road
# Eastchester, NY 10709

Janet M. Calano
Town Justice

914-771-3352
914-793-0947

November 27, 2019

Serena May
167-38 109Th Rd
Jamaica, NY 11433

*People of the State of New York versus:*
Serena May                          Case No: 19010104
167-38 109Th Rd                     DOB: 01/20/1962
Jamaica, NY 11433

| TicketNo. | Officer | Statute/Section | Charge Text |
|---|---|---|---|
| | Santomauro, Paul J. | PL 240.30 | AGG HARASS-2 |

**Next Date: 12/04/2019      Time: 09:00AM**

Recently You Were Scheduled To Appear In Court And You Failed To
Appear. The Matter Has Been Rescheduled To The
Date And Time Listed Above.

Failure To Appear On The Date Shown Will Result In A Warrant For
Your Arrest. Any Bail Posted Will Be Forfeited.

THIS IS YOUR FINAL NOTICE.

Very truly yours,

*Daniela Cavallo*
Court Clerk

347-394-1715



A-9068926 6

☐ INFORMATION ☐ SIMPLIFIED INFORMATION

*FAT*

THE PEOPLE OF THE STATE OF NEW YORK - VS -

LAST NAME (DEFENDANT): **MAY**
FIRST NAME: **SERENA**
MIDDLE INITIAL: **A**

STREET ADDRESS: **76-38  109TH ROAD**   APT. NO.

CITY: **JAMAICA**   STATE: **N.Y.**   ZIP CODE: **11433**

PLACE OF OCCURRENCE: **Suffolk County, N.Y.**   PCT.

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

DATE OF OFFENSE: **11/6/2018**   CITY, TOWN, VILLAGE, OR HAMLET   SUFFOLK COUNTY, N.Y.

IN VIOLATION OF SECTION **176.43**   OF THE ☐ VEHICLE AND TRAFFIC LAW OF THE STATE OF NEW YORK

☒ OTHER (SPECIFY) **NYS Penal Law**

THE ABOVE NAMED DEFENDANT ON THE STATED DATE, TIME AND PLACE **DID FILE A NYS**
**UCC FINANCIAL STATEMENT NUMBER**
**2018116852520? with the NYS DEPT of**
**STATE, KNOWING that it CONTAINED FALSE**
**INFORMATION.**
**20-990926**

THE PERSON DESCRIBED ABOVE IS SUMMONED TO APPEAR AT

☒ DISTRICT COURT COHALAN COURT COMPLEX
400 CARLETON AVE  CENTRAL ISLIP, N.Y. 11722   COURT

DATE OF APPEARANCE: MONTH **1**   DAY **11**   YEAR **2021**   AT **9:00** ☒ PM   TIME ☐ PM

COMPLAINANT (PRINT) RANK / OFFICER'S NAME / SHIELD NO.: **DI D.A #287**

OFFICER NO. / EVIDENCE NO. **60020**   POLICE AGENCY **SCDAO**

**Constitutional Oath of Office**

Please print (in ink) or type

Name (*last, first, middle initial*)
Levy, Stuart P

Home Address
272 Old Country Road

| City Mineola | State N.Y. | Zip 11501 |
|---|---|---|

Title
ADA, Counsel to Investigations Division

☑ Appointed
☐ Elected

Department/Organization
Nassau County DA's Office

| Term of Office | Effective Date 1/1/2020 | Expiration Date |
|---|---|---|

Please Complete Both Sides and file with the
**Nassau County Clerk**
240 Old Country Road, Mineola, NY 11501

CL-4669. 9/71 Rev.9/03 

**Constitutional Oath of Office**

Please print (in ink) or type

Name *(last, first, middle initial)*
HOLMES   EdwIN   J.

Home Address
262   OLD COUNTRY   ROAD

City                          State        Zip 11501
MINEOLA      NEW YORK

Title                                    ☐ Appointed
SPECIAL INVESTIGATOR I     ☐ Elected

Department/Organization
NASSAU COUNTY DISTRICT ATTORNEY

| Term of Office | Effective Date | Expiration Date |
|----------------|----------------|-----------------|
|                | 01 01 2020     |                 |

CL-4669. 9/71 Rev.9/03

Please Complete Both Sides and file with the
**Nassau County Clerk**
240 Old Country Road, Mineola, NY 11501

## SUFFOLK COUNTY DISTRICT COURT
### 400 CARLETON AVENUE
### CENTRAL ISLIP, NY 11722

# CERTIFICATION OF ORDER VACATING DISTRICT COURT WARRANT(S)

**TO ANY POLICE OR PEACE OFFICER:**

**DEFENDANT:** _Sarah May_          D.O.B. _1/20/62_

HAS APPEARED AT THE TIME AND PLACE REQUIRED, AND HAS SATISFACTORILY EXPLAINED HIS/HER ABSENCE ON THE DATE THE WARRANT(S) WERE ISSUED OR DEFENDANT HAS APPEARED AND BEEN ARRAIGNED ON THE CHARGE(S) FOR WHICH THE WARRANT(S) WERE ISSUED.
ALL WARRANTS LISTED BELOW ARE HEREWITH VACATED.

**NEXT COURT DATE:** _5 - 19 - 21_   **ROOM D** _FP1_

_____   **DATE:** _5/4/21_
CLERK, DISTRICT COURT

THE FOLLOWING WARRANT(S) ARE VACATED:

| DOCKET # | WARRANT # | DOCKET # | WARRANT # |
|---|---|---|---|
| CR-000473-21SU | | | |
| | | | |
| | | | |
| | | | |

# CARRY THIS FORM ON YOUR PERSON
# FOR AT LEAST 72 HOURS

DC 319                                   16-0254.. 12/01cg

**Information to identify the case:**

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Serena Antoinette May** | | | Social Security number or ITIN | **xxx–xx–1394** |
| | First Name   Middle Name   Last Name | | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | | Social Security number or ITIN   _ _ _ _ | |
| | | | | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   **Eastern District of New York**

Case number:   **1–19–46761–nhl**

---

# Order of Discharge of Debtor(s)

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   Serena Antoinette May

**BY THE COURT:**

Dated: June 10, 2020

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DI7   **Chapter 7 Order of Discharge of Debtor(s)**   page 1

033469

26307033502018